| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Duncan, Allyson K. | 2. Court or Organization<br><br>US Court of Appeals, 4th Crct | 3. Date of Report<br><br>05/11/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>Glenlake One Building<br>1440 Parklake Avenue, Ste 250<br>Raleigh, NC 27612 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUN -5 A 3: 15 FINANCIAL DISCLOSURE OFFICE

Duncan, Allyson K

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K. | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | IUKA Development-proceeds on a noncompleted sale | $4,875.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Duncan, Allyson K. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amer Cent Emerging Markets | A | Distribution | | | Sold | 8/29 | J | | |
| 2. Amer Cent Heritage | | None | | | Buy (add'l) | 02/20 | J | | |
| 3. | | | | | Sold | 08/29 | J | A | |
| 4. Amer Cent Intl Bond Fund | | None | | | Sold | 02/20 | J | A | |
| 5. Columbia Marisco 21st Cent | | None | | | Sold | 02/20 | K | | |
| 6. Dreyfud Founders Midcap Growth | | None | | | Sold | 02/20 | J | | |
| 7. Fidelity Adv Intl S/Cap Opp | | None | | | Sold | 02/20 | J | | |
| 8. Franklin NC Tax Free | B | Dividend | | | Sold | 08/29 | K | | |
| 9. John Hancock Small Cap Intrinsic | | None | | | Sold | 8/29 | J | | |
| 10. MFS Class A Value Fund | A | Dividend | | | Sold | 8/29 | K | B | |
| 11. North State Bancorp, Common | | None | K | T | | | | | |
| 12. Oppenheimer Strategic Income | B | Dividend | | | Buy (add'l) | 02/20 | J | | |
| 13. | | | | | Sold | 08/29 | J | | |
| 14. Virtus Foreign Opportunities | | None | | | Buy (add'l) | 2/20 | J | | |
| 15. | | | | | Sold | 08/29 | K | | |
| 16. Virtus Real Estate | A | Dividend | | | Buy (add'l) | 3/24 | K | | |
| 17. | | | | | Sold (part) | 02/20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 08/29 | K | | |
| 19. Reserve US Government | A | Dividend | J | T | Buy (add'l) | 9/19 | J | | |
| 20. | | | | | Sold (part) | 11/13 | J | | |
| 21. RVS International Small Cap | | None | | | Buy (add'l) | 0220 | J | | |
| 22. | | | | | Sold | 08/29 | J | | |
| 23. RVS Mid Cap Value Fund | | None | | | Buy (add'l) | 02/20 | J | | |
| 24. | | | | | Sold | 08/29 | J | | |
| 25. John Hancock Large Cap Equity | | None | | | Buy | 02/20 | L | | |
| 26. | | | | | Sold | 08/29 | K | | |
| 27. Riversource Life Iinsurance Co-Immediate Annuity | B | Distribution | M | W | Buy | 08/28 | M | | |
| 28. IRA-#1 | D | Int./Div. | M | T | | | | | |
| 29. -Ameriprise Money Market | | | | | | | | | |
| 30. -American Century Emerging Markets Funf | | | | | Buy (add'l) | 2/20 | J | | |
| 31. | | | | | Buy (add'l) | 9/19 | J | | |
| 32. -Natixis Funds Gateway | | | | | Buy | 9/19 | K | | |
| 33. -John Hancock Large Cap Equity Fund | | | | | Buy (add'l) | 2/20 | K | | |
| 34. | | | | | Buy (add'l) | 9/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K. - | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35.  -John Hancock Small Cap Intrinsic Fund | | | | | Buy (add'l) | 2/20 | J | | |
| 36. | | | | | Buy (add'l) | 9/19 | J | | |
| 37.  -MFS Value Fund | | | | | Buy (add'l) | 2/20 | J | | |
| 38. | | | | | Sold (part) | 9/19 | K | | |
| 39.  -Oppenheimer Strategic Income Fund | | | | | Sold (part) | 2/20 | K | | |
| 40. | | | | | Sold (part) | 9/19 | J | | |
| 41.  -Pimco Total Return Fund | | | | | Buy | 9/19 | K | | |
| 42.  -Reserve U S Govt Fund | | | | | Buy (add'l) | 9/19 | J | | |
| 43. | | | | | Sold (part) | 11/13 | J | | |
| 44.  -Riversource Midcap Value Fund | | | | | Buy (add'l) | 2/20 | - J | | |
| 45. | | | | | Buy (add'l) | 9/19 | J | | |
| 46.  -Van Eck Global Hard Assets Funf | | | | | Buy | 9/19 | K | | |
| 47.  -Virtus Real Estate Fund | | | | | Buy (add'l) | 2/20 | J | | |
| 48.  -Virtus Foreign Opportunities Fund | | | | | Buy (add'l) | 2/20 | J | | |
| 49.  -First Solar Common Stock | | | | | Buy | 11/21 | J | | |
| 50.  -American Century Heritage Fund | | | | | Buy (add'l) | 2/20 | J | | |
| 51. | | | | | Sold | 9/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52.   -Riversource International Small Cap Fund | | | | | Buy (add'l) | 2/20 | J | | |
| 53. | | | | | Sold | 9/19 | K | | |
| 54.   -Dreyfus Intermediate Term Fund | | | | | Sold (part) | 2/20 | K | | |
| 55. | | | | | Sold | 9/19 | K | | |
| 56.   -Columbia Maresco 21st Century Fund | | | | | Sold | 2/20 | K | | |
| 57.   AFLAC Common | A | Dividend | J | T | | | | | |
| 58.   Duke Energy Common | A | Dividend | J | T | Sold (part) | 06/24 | J | A | |
| 59.   Dupree NC Tax Free Short to Medium Series | A | Interest | K | T | Sold (part) | 01/08 | J | A | |
| 60. | | | | | Buy (add'l) | 04/11 | J | | |
| 61. | | | | | Buy (add'l) | 05/13 | J | | |
| 62. | | | | | Buy (add'l) | 05/21 | J | | |
| 63. | | | | | Buy (add'l) | 05/30 | J | | |
| 64. | | | | | Buy (add'l) | 06/09 | J | | |
| 65. | | | | | Buy (add'l) | 09/17 | J | | |
| 66. | | | | | Buy (add'l) | 10/06 | J | | |
| 67. | | | | | Buy (add'l) | 12/16 | J | | |
| 68.   Dupree NC Tax Free Income Series | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Guardian Fund (y) | | | | | | | | | |
| 70. North State Bank | A | Interest | J | U | | | | | |
| 71. Raleigh Federal Employees Union (Y) | | | | | | | | | |
| 72. Spectra Energy Corp | A | Dividend | J | T | Buy (add'l) | 01/24 | J | | |
| 73. | | | | | Buy (add'l) | 07/10 | J | | |
| 74. | | | | | Buy (add'l) | 07/17 | J | | |
| 75. | | | | | Buy (add'l) | 08/07 | J | | |
| 76. | | | | | Buy (add'l) | 09/11 | J | | |
| 77. | | | | | Buy (add'l) | 10/08 | J | | |
| 78. | | | | | Buy (add'l) | 11/13 | J | | |
| 79. | | | | | Buy (add'l) | 12/04 | J | | |
| 80. State Employees Credit Union | | None | | | Closed | 07/01 | J | | |
| 81. Suntrust Bank | A | Interest | J | T | | | | | |
| 82. UBS Pace Intl Equity Fund | | None | J | T | | | | | |
| 83. IRA-#2 | A | Dividend | K | T | | | | | |
| 84. -Davis New York Venture Fund | | | | | | | | | |
| 85. -Eagle Midcap Stock Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Hartford Capital Appreciation Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K. | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Name change for investment on Line 16 from Phoenix Real Estate Fund to Virtus Real Estate Fund

Name change for investment on Line 14 from Phoenix Foreign Opportunities Fund to Virtus Foreign Opportunities Fund.

Name change for investment on Line 85 from Heritage Mid Cap Stock Fund to Eagle Mid VCap Stock Fund

Line 28-IRA-Ameriprise-the components of the IRA were included in Part VII detail in 2007 report and not listed separately with an IRA header.

Line 83-IRA-Smith Barney- the components of the IRA were included in Part VII detail in 2007 report and not listed separately with an IRA header.

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K. | 05/11/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544